

Fee pd.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

_____SOUTHERN

Robert S. Meadows

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Melissa Schwartz,
Brian Hartwell,
Courtney Morgan,
Michael L. Steinberg

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 2:21-cv-11747
Judge: Hood, Denise Page
MJ: Stafford, Elizabeth A.
Filed: 07-13-2021 At 09:08 AM
CMP ROBERT S MEADOWS V MELISSA SCHWARTZ ET AL (SS

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Robert S. Meadows |
   | Address | 20190 Klinger Street |
   | | Detroit, MI 48234 |
   | County | Wayne |
   | Telephone Number | 586 244 7897 |
   | E-Mail Address | meadowsr61@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Melissa Schwartz |
   | Job or Title (if known) | City Attorney |
   | Address | 111 EAST NINE MILE ROAD |
   | | HAZEL PARK, MI 48030 |
   | County | Oakland |
   | Telephone Number | 248 546 - 7000 / 248 423 - 6000 |
   | E-Mail Address (if known) | yourlegalserviceplic.com |

   ☐ Individual capacity   ☑ Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | BRIAN HARTWELL |
   | Job or Title (if known) | Judge |
   | Address | 111 EAST NINE MILE ROAD |
   | | HAZEL PARK, MI 48030 |
   | County | OAKLAND |
   | Telephone Number | 248 546-7000 |
   | E-Mail Address (if known) | |

   ☐ Individual capacity   ☑ Official capacity

Defendant No. 3
- Name: Courtney Morgan
- Job or Title (if known): Chief Deputy Court Clerk
- Address: 111 EAST NINE MILE ROAD
- City: HAZEL PARK    State: MI    Zip Code: 48030
- County: Oakland
- Telephone Number: 248 547-3034
- E-Mail Address (if known):

[ ] Individual capacity    [✓] Official capacity

Defendant No. 4
- Name: Michael L. Steinberg
- Job or Title (if known): Attorney
- Address: 300 East 4th Street Ste.# 3
- City: Royal Oak    State: MI    Zip Code: 48067
- County: Oakland
- Telephone Number: 248 542 - 1010 / 248 321-1801
- E-Mail Address (if known): mikoesq@gmail.com

[✓] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
FIFTH AMENDMENT — Deprived of Life and Liberty;
SIXTH AMENDMENT — Right to a speedy trial; Right totrial without unnecessary delay; right to confront accuser; Right to an impartial Judge and jury;
SIXTH AMENDMENT — presumption of innocence; right of private person:
FOURTEENTH AMENDMENT — Right to have equal protection of the Law;

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 4 of 6				Page 4 of 6 Pro Se Complaint for Violation of Civil Rights (Non-Prisoner)

Page 4 of 6

III. Statement of Claim

A.

On January 17, 2020, A question of law regarding a traffic stop in the city limits of Detroit, Wayne County, by an Oakland County, Hazel Park police, was presented by Plaintiff; Plaintiff immediately questioned the probable cause regarding elements presented as cause, and purchased the video recordings from the City of Hazel Park as a record of facts:

A Motion Hearing was conducted on September 03, 2020; the Court ruled to proceed; and Plaintiff requested to appeal the Court's decision by Right to Appeal; On September 04, 2020, Plaintiff spoke with 43rd District Court Clerk Office, and again on September 07, 2020, only to be told that "someone would get back with you":

On September 09, 2020, A notarized request for documents was delivered, and received by the Prosecutor and Clerk by certified mail; Although, no response by the 43rd District Court regarding the legal documents, nor information regarding right of appeal; Plaintiff paid filing fees and sought to file Appeal as of Right within the statute of limitations, but was unsuccessful:

Judge Hartwell appointed Michael Steinberg as a public defendant, and Plaintiff mailed the videos to the court appointed attorney; Plaintiff made it known that the responses which he received from 43rd District Court was not inviting, and decided he would take his chances with an all-white jury, judge, prosecutor, clerk, and attorney;

Plaintiff has appeared before the Court ten times, with twenty-six Notices of Proceedings dating up to August 02, 2021; The Court responded that Plaintiff's right to speedy trial is non-applicable due to the pandemic; Plaintiff, after eighteen months of pandemic and continuing Court proceedings, considered waiving the right to a hearing, but more issues of law came forth and Plaintiff declined to waived the right, and immediately the Attorney requested to step down and the Court grated it on June 17, 2020; at which time the judge and clerk agreed during the proceeding that July 29, 2021 at 10:15 AM, would be the next date to proceed; however, the Court had already scheduled the next proceeding for July 14, 2021:

On July 01, 2021, the Court alleged that Plaintiff had failed to appear for hearing, revoked the bond, and entered a Notice of judgement against Plaintiff; On July 03, 2021, a notarized affidavit was delivered to Judge Hartwell by certified mail, the documents contained Notices of Proceedings as well as requesting him to review the Zoom conference; however, the legal document was not responded to, nor acknowledged, just as the previous acts by the other public officials; Plaintiff requested the return of video tapes from the attorney and was denied, attorney refused to make himself a copy, and two weeks later the Court entered judgements and issued warrants against Plaintiff:

B. What date and approximate time did the events giving rise to your claim(s) occur?
Beginning September 2020 denial of access to the Court became apparent, and been deprived continually to July 01, 2021, to date:

C. What are the facts underlying your claim(s)?
Each public official in their individual capacity knowingly, or unknowingly, deprived Plaintiff the right of access to the Court system; Failed to address every legal document without bias, by addressing it accordingly; The Court held the accused, Plaintiff, to a higher standard than the public officials themselves, because the pandemic effected the planet and not just Hazel Park: This system Hazel Park, Oakland County exercises by is witnessed by thousands, as a manner of revenue at the expense of others outside the city and county; The structure of this legal monopoly exists between Judge, prosecutor, and defense attorneys, as a way to create revenue in the least expensive manner, and which means using means to deter defendants from exercising the right to a jury trial:

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
Irrepairable injuries of stress, threats of physical bondage, and humiliation contiunes to occur;
Fines, Fees, lost of Human Rights, and priviledges are repairable injuries:

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
Plaintiff seeks to have Legal matter fully reinstatated without Bond restrictions:
Bond fully reinstated, and/or have all matters regarding the Reference number 20HP01352A dismissed with prejudice:
Plaintiff seeks to be reinstated all full Rights and priviledges deprived as a reult of Ref:20H01352A:
Plaintiff seeks reimbursement of all fees and expenses associated with Ref:20H01352A:
Plaintiff seeks return of Viedo evidence he purchased and allowed Attorney to use:
On behalf of justice for every living being, and as a penalty for not upholding official duties under the color of law, these deprivations are priceless and long term damaging.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/12/2021

Signature of Plaintiff: *[signature]* July 12, 2021

Printed Name of Plaintiff: ROBERT MEADOWS

### B. For Attorneys

Date of signing: NA

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

City          State          Zip Code

Telephone Number:
E-mail Address:

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: OAKLAND

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Robert S. Meadows

**DEFENDANTS**
MELISSA SCHWARTZ, BRIAN HARTWELL, COURTNEY MORGAN; MICHAEL STEINBERG

(b) County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: OAKLAND
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

CIVIL RIGHTS - 440 Other Civil Rights (circled)

Handwritten: 440

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S. Code statue 1983
Brief description of cause:
deprivation of rights

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* NA
JUDGE _____  DOCKET NUMBER _____

DATE: July 13, 2021
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

## PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?    ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☒ Yes  ☐ No

   If yes, give the following information:

   Court: <u>43rd DISTRICT COURT</u>

   Case No.: <u>20HP01352A</u>

   Judge: <u>BRIAN HARTWELL</u>

   Notes: HAZEL PARK, MICHIGAN

